UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAMIK VAKIL,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>BAYER HEALTHCARE, LLC, BAYER CORPORATION, and BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>　　　　*Defendants.* | Civil Action No. 13-00080<br><br>**AMENDED ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying opinion and for good cause shown,

IT IS on this 7th Day of December 2016,

**ORDERED** that Defendants' motion for summary judgment is **GRANTED**; it is further

**ORDERED** that the accompanying opinion (D.E. 87) shall be sealed for two weeks; if the parties wish the opinion, or any portions thereof, to remain under seal they shall file a motion setting forth the factual and legal basis for doing so; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.